IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 6 - 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-02306-MSK-KLM

LESLIE L. TOMSHA,

    Plaintiff,

v.

SAFEWAY, INC.,

    Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed <u>in forma pauperis</u>. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED this 3rd day of November, 2008.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02306-MSK-KLM

Leslie L. Tomsha
1900 Hallam Ave.
Colorado Springs, CO 80911

US Marshal Service
Service Clerk
Service forms for: Safeway, Inc

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Safeway, Inc: COMPLAINT FILED 10/24/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/6/08.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk